United States Bankruptcy Court

Middle District of Georgia

| | |
|---|---|
| IN RE: | Chapter 13 |
| Hopemaria Brentari Wilson | |
| 4770 Milgen Rd. Apt 8H | Case No. 11-40019-JTL |
| Columbus, GA 31907 | |

## Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $526.01 in unclaimed funds of East Side Lenders, creditor.

Last Known Address (Most recent listed left to right):

East Side Lenders
2711 Centerville Rd.
Ste. 120-5900
Wilmington,DE 19808-1660

Dated: 10/22/2015

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee